# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:25-M -00923(1) |
| | § |
| (1) Alejandro Hernandez- Suarez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 27, 2025** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, BROWN, WESLEY** and that this complaint is based on the following facts: *"On or about March 27, 2025 , the defendant, Alejandro HERNANDEZ- Suarez, an alien who is a native and citizen of Cuba , entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

| | |
|---|---|
| Sworn to before me and subscribed in my presence, | /s/ BROWN, WESLEY |
| | Signature of Complainant |
| | BROWN, WESLEY |
| | Border Patrol Agent |
| | |
| 03/31/2025 | at DEL RIO, Texas |
| File Date | City and State |
| | |
| | *[signature]* |
| JOSEPH A CORDOVA | |
| UNITED STATES MAGISTRATE JUDGE | Signature of Judicial Officer |